**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| MAJORITY FORWARD and GAMALIEL WARREN TURNER, SR., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO.: 1:20-CV-266 (LAG) |
| BEN HILL COUNTY BOARD OF ELECTIONS, *et al.*, | : : : : | |
| Defendants. | : : | |

## **ORDER**

This matter is before this Court on a Complaint for Declaratory and Injunctive Relief (Doc. 1). Based on the representations to the Court and for good cause shown, **IT IS ORDERED** that this matter is scheduled for a hearing before the Court in Albany, Georgia on **Wednesday, December 30, 2020 at 10:00 a.m.**

**SO ORDERED**, this 24th day of December, 2020.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE
UNITED STATES DISTRICT COURT**