# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MAJORITY FORWARD and GAMALIEL WARREN TURNER, SR.<br><br>    Plaintiffs,<br><br>v.<br><br>BEN HILL COUNTY BOARD OF ELECTIONS; CINDI DUNLAP, in her official capacity as Ben Hill County Elections Supervisor and Chief Registrar; THOMAS GREEN, in his official capacity as MEMBER of the Ben Hill County Board of Elections; DAVID WALKER, in his official capacity as MEMBER of the Ben Hill County Board of Elections; DANNY YOUNG, in his official capacity as MEMBER of the Ben Hill County Board of Elections; GUDRUN MILLS, in his official capacity as MEMBER of the Ben Hill County Board of Elections; PENSON KAMINSKY, in his official capacity as MEMBER of the Ben Hill County Board of Elections; MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION; NANCY BOREN, in her official capacity as Muscogee County Director of Elections & Registration; MARGARET JENKINS, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; UHLAND ROBERTS, in his official capacity as MEMBER of the Muscogee County Board of Elections and Registration; DIANE SCRIMPSHIRE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; LINDA PARKER, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; and ELEANOR WHITE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration,<br><br>    Defendants. | **Case No. 1:20-cv-00266-LAG** |

## DECLARATION OF GAMALIEL WARREN TURNER, SR.

I, Gamaliel Warren Turner, Sr., make this declaration in support of Plaintiffs' Motion for Temporary Restraining Order.

1. I am over the age of 18 and I make this declaration based upon my personal knowledge and experience.

2. I am 67 years old and a retired veteran. I have lived in Georgia for almost all of my entire life and am registered to vote in Muscogee County. I registered to vote in Georgia when I turned 18 and have voted in almost every election for the past 50 years.

3. I am employed as a government contractor with the United States Navy. In October 2019, my contract required me to temporarily relocate to Camarillo, California. I submitted a postal service change-of-address to avoid missing mail deliveries while away on temporary work assignment.

4. I did not plan to remain in California, and always intended to return to Georgia. For this reason, I would never have registered to vote in California or otherwise indicated a desire to change my citizenship or residence to California.

5. I own a home in Columbus, Georgia. My nephew is currently house-sitting at the residence while I am away. He does not pay any rent, and the utilities remain in my name.

6. I have never changed my drivers' license from Georgia. Both of my cars are registered in Muscogee County.

7. I voted by absentee ballot in the 2020 primary and general elections in Georgia. Because of my temporary assignment in California, I have requested that the registrar mail my ballot to my California address until I return to Georgia.

8.      I plan to vote absentee in the January 5 runoff election in Georgia. My fiancé already received her absentee ballot at her Georgia address, but I have not received mine. My nephew confirmed that I did not receive a ballot or any other notice at my permanent address. As the election drew closer, I became concerned about the status of my absentee ballot.

9.      Because I was anxious that any additional delay would jeopardize my ability to receive and return my absentee ballot in time for it to be counted in the January runoff elections, I contacted a clerk at the Muscogee County registrar's office, who informed me that the voter system reflected that I was one of approximately 4,000 voters in Muscogee County who had been challenged for requesting an absentee ballot to be sent out-of-state.

10.     I was not provided any information about who had challenged my qualifications to vote or what I would need to do to rebut the challenge.

11.     Because my eligibility to vote has officially been challenged, I became worried about the legality of my participation in the January runoff elections.

12.     I am a Black voter, and I grew up during an era when my community strongly preferred to vote in person due to the lack of trust in the absentee voting process. The Muscogee County Board of Elections has added to my distrust of the elections process by accepting this challenge to my voting eligibility. I have done nothing to change my eligibility to vote in Georgia. With the election approaching quickly, I worry that this frivolous challenge will prevent my vote from being counted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this   24   day of December, 2020

                                                        DocuSigned by:
                                                        *Gamaliel Warren Turner*
                                                    933667C0F410479...
                                                   Gamaliel Warren Turner, Sr.