IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MAJORITY FORWARD; and GAMALIEL WARREN TURNER, SR., <br><br> Plaintiffs, <br> v. <br><br><br> BEN HILL COUNTY BOARD OF ELECTIONS; CINDI DUNLAP, in her official capacity as Ben Hill County Elections Supervisor and Chief Registrar; THOMAS GREEN, in his official capacity as MEMBER of the Ben Hill County Board of Elections; DAVID WALKER, in his official capacity as MEMBER of the Ben Hill County Board of Elections; DANNY YOUNG, in his official capacity as MEMBER of the Ben Hill County Board of Elections; GUNDRON MILLS, in his official capacity as MEMBER of the Ben Hill County Board of Elections; PENSON KAMINSKY, in his official capacity as MEMBER of the Ben Hill County Board of Elections; MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION; NANCY BOREN, in her official capacity as Muscogee County Director of Elections & Registration; MARGARET JENKINS, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; UHLAND ROBERTS, in his official capacity as MEMBER of the Muscogee County Board of Elections and Registration; DIANE SCRIMPSHIRE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; LINDA PARKER, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; and ELEANOR WHITE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | Case No. 1:20-cv-00266-LAG |

## MOTION FOR RECUSAL

COME NOW Defendants MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION; NANCY BOREN, in her official capacity as Muscogee County Director of Elections & Registration; MARGARET JENKINS, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; UHLAND ROBERTS, in his official capacity as MEMBER of the Muscogee County Board of Elections and Registration; DIANE SCRIMPSHIRE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; LINDA PARKER, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; and ELEANOR WHITE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration (collectively, "Muscogee County Defendants"), and, pursuant to 28 U.S.C. § 455, respectfully move that Judge Leslie Abrams Gardner recuse herself from further participation in the above-captioned matter.

For further grounds therefor, Muscogee County Defendants respectfully refer the Court to and incorporate herein the accompanying memorandum in support hereof.

This 28th day of December, 2020.

                                          PAGE, SCRANTOM, SPROUSE,
                                           TUCKER & FORD, P.C.

                                        By: */s/ James C. Clark, Jr.*
                                             James C. Clark, Jr.
                                             jcc@psstf.com
                                             Georgia Bar No.: 127145
                                             Thomas F. Gristina
                                             tfg@psstf.com
                                             Georgia Bar No.: 452454

1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251
jcc@psstf.com
tfg@psstf.com

                                        By: /s/ Clifton C. Fay
                                            Clifton C. Fay
                                            Georgia Bar No.: 256460
                                            cfay@columbusga.org

P.O. Box 1340
Columbus, Georgia 31902

                                        Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I do hereby certify that on the date indicated below, I submitted the foregoing document to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record, and by U.S. mail to the following:

Marc E. Elias<br>
Jacob D. Shelly<br>
Uzoma N. Nkwonta<br>
Perkins Coie LLP<br>
700 Thirteenth Street NW, Suite 800<br>
Washington, DC 20005

This 28th day of December, 2020.

                                                    */s/ James C. Clark, Jr.*
                                                  Counsel for Defendants