IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MAJORITY FORWARD; and GAMALIEL WARREN TURNER, SR., <br><br> Plaintiffs, <br> v. <br><br> BEN HILL COUNTY BOARD OF ELECTIONS; CINDI DUNLAP, in her official capacity as Ben Hill County Elections Supervisor and Chief Registrar; THOMAS GREEN, in his official capacity as MEMBER of the Ben Hill County Board of Elections; DAVID WALKER, in his official capacity as MEMBER of the Ben Hill County Board of Elections; DANNY YOUNG, in his official capacity as MEMBER of the Ben Hill County Board of Elections; GUNDRON MILLS, in his official capacity as MEMBER of the Ben Hill County Board of Elections; PENSON KAMINSKY, in his official capacity as MEMBER of the Ben Hill County Board of Elections; MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION; NANCY BOREN, in her official capacity as Muscogee County Director of Elections & Registration; MARGARET JENKINS, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; UHLAND ROBERTS, in his official capacity as MEMBER of the Muscogee County Board of Elections and Registration; DIANE SCRIMPSHIRE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; LINDA PARKER, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; and ELEANOR WHITE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration, <br><br> Defendants. | Case No. 1:20-cv-00266-LAG |

## MOTION TO SEVER CLAIMS AND TRANSFER VENUE

COME NOW Defendants MUSCOGEE COUNTY BOARD OF ELECTIONS AND REGISTRATION; NANCY BOREN, in her official capacity as Muscogee County Director of Elections & Registration; MARGARET JENKINS, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; UHLAND ROBERTS, in his official capacity as MEMBER of the Muscogee County Board of Elections and Registration; DIANE SCRIMPSHIRE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; LINDA PARKER, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration; and ELEANOR WHITE, in her official capacity as MEMBER of the Muscogee County Board of Elections and Registration (collectively, "Muscogee County Defendants"), and, pursuant to Fed. R. Civ. P. 21, 28 U.S.C. § 1404, and Local Rule 3.4, respectfully move for an order severing all claims asserted against them and transferring this case to the Columbus Division of the Middle District of Georgia.

1.

The claims against the Muscogee County Defendants are separate and distinct and should be severed from any other claims in this case pursuant to Fed. R. Civ. P. 21.

2.

Pursuant to 28 U.S.C. § 1391 and Local Rule 3.4, the proper venue for claims against the Muscogee County Defendants would be the Middle District of Georgia, Columbus Division. Pursuant to Local Rule 3.4, the Muscogee County Defendants request that this Court order the Clerk of Court to transfer the severed claims against the Muscogee County Defendants to the Columbus Division.

3.

Alternatively, pursuant to 28 U.S.C. § 1404, the Muscogee County Defendants request that this entire case be transferred to the Columbus Division.

4.

The Muscogee County Defendants have submitted a Brief in Support of this Motion, which is incorporated herein by reference.

WHEREFORE, the Muscogee County Defendants request that the Court inquire into and **GRANT** their Motion to Sever Claims and Transfer Venue.

Respectfully submitted this 28th day of December, 2020.

>PAGE, SCRANTOM, SPROUSE,
> TUCKER & FORD, P.C.
>
> By: */s/ Thomas F. Gristina*
> James C. Clark, Jr.
> jcc@psstf.com
> Georgia Bar No.: 127145
> Thomas F. Gristina
> tfg@psstf.com
> Georgia Bar No.: 452454

1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251

> By: /s/ Clifton C. Fay
> Clifton C. Fay
> Georgia Bar No.: 256460
> cfay@columbusga.org

P.O. Box 1340
Columbus, Georgia 31902

>Counsel for Defendants

# **CERTIFICATE OF SERVICE**

I do hereby certify that on the date indicated below, I submitted the foregoing document to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record, and by U.S. mail to the following:

Marc E. Elias
Jacob D. Shelly
Uzoma N. Nkwonta
Perkins Coie LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005

This 28th day of December, 2020.

*/s/ Thomas F. Gristina*
Counsel for Defendants