# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MAJORITY FORWARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BEN HILL COUNTY BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00266-LAG |

## STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby STIPULATE as follows:

1. Plaintiffs voluntarily dismiss all claims and causes of action alleged in their Amended Complaint (ECF No. 20).

2. Each party will bear its own costs, attorneys' fees, and expenses incurred in connection with this action, including those incurred prior to the filing of Plaintiffs' Complaint (ECF No. 1).

[**signature block on following page**]

Stipulated, agreed to, and respectfully submitted this 25th day of January, 2021.

/s/ Adam M. Sparks
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks (lead counsel)
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 W. Peachtree Street, NW,
Ste. 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlawfirm.com
sparks@khlawfirm.com


Marc E. Elias*  (lead counsel)
Uzoma Nkwonta* (lead counsel)
Jacob D. Shelly*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Tel: (202) 654-6200
melias@perkinscoie.com
unkwonta@perkinscoie.com
jshelly@perkinscoie.com

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

**HALL BOOTH SMITH, P.C.**

/s/ Hank Pittman (w/express permission)
ANTHONY A. ROWELL
Georgia Bar No.: 616930
HANK PITTMAN
Georgia Bar No.: 581271
NICHOLAS A. KINSLEY
Georgia Bar No.: 273862

1564 King Road
Tifton Georgia 31793
(229) 382-0515 – Telephone
(229) 382-1676 – Facsimile
arowell@hallboothsmith.com
hpittman@hallboothsmith.com
nkinsley@hallboothsmith.com

*Counsel for Ben Hill County Defendants*

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**

/s/ *Thomas F. Gristina* (w/express permission)
James C. Clark, Jr.
jcc@psstf.com
Georgia Bar No.: 127145
Thomas F. Gristina
tfg@psstf.com
Georgia Bar No.: 452454
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251

Clifton C. Fay
Georgia Bar No.: 256460
cfay@columbusga.org
P.O. Box 1340
Columbus, Georgia 31902

*Counsel for Muscogee County Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| MAJORITY FORWARD, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>BEN HILL COUNTY BOARD OF ELECTIONS, et al.,<br><br>      Defendants. | Case No. 1:20-cv-00266-LAG |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, I caused a copy of the foregoing documents to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

Dated: January 25, 2021.        */s/ Adam M. Sparks*
                  Adam M. Sparks
                  *Attorney for Plaintiffs*